UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL-FITZGERALD SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>EXTRA STORAGE SPACE,<br><br>    Defendant. | Case No. 22-cv-03592-WHO<br><br>**ORDER DISMISSING CASE** |

Pro se plaintiff Samuel-Fitzgerald Smith filed a complaint against defendant Extra Storage Space on June 17, 2022. Dkt. No. 1. After granting his in forma pauperis application, I dismissed his complaint with leave to amend under 28 U.S.C. § 1915(e) for failing to state a claim on which relief may be granted. Dkt. No. 7.

The deadline for an amended complaint has passed. *Id*. Fitzgerald-Smith has not filed any amended complaint. The case is therefore DISMISSED under section 1915(e), as the action fails to state a claim on which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 24, 2022

William H. Orrick
United States District Judge